# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

156017 & (28)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SEBASTIAN KUHLGERT, Conservator of
ELISABETH OSTENDORF,
      Plaintiff-Appellee,

v

MICHIGAN STATE UNIVERSITY and BOARD
OF TRUSTEES OF MICHIGAN STATE
UNIVERSITY,
      Defendants,
and

UNITED EDUCATORS,
      Intervening Defendant-Appellant.

SC: 156017
COA: 338363
Ct of Claims: 15-000047-MZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 16, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, C.J., and ZAHRA and WILDER, JJ., would stay the trial court proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017



Clerk

t0706